Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Alvin Williams,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case Number: 18-1383 |
| | ) |
| **Guy D. Pierce, Kelly Davidson, Lt. Forbes, Ian J. Cox, Unknown VSA Examiner, Aberardo A. Salinas, Chad M. Brown, Jackie James, J. Fike, Major Prentice, John Steinbeck, Juan Doe, and Unknown Offender,** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff, Alvin Williams', action against Defendants, Guy D. Pierce, Kelly Davidson, Lt. Forbes, Ian J. Cox, Unknown VSA Examiner, Aberardo A. Salinas, Chad M. Brown, Jackie James, J. Fike, Major Prentice, John Steinbeck, Juan Doe, and Unknown Offender, is dismissed with prejudice for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6) and 28 U.S.C. §1915A;

**Dated:**    4/22/2020

> s/ Shig Yasunaga
> Shig Yasunaga
> Clerk, U.S. District Court

*MMM*